

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-17-00826-CR

James **STRIBLIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR08935
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief was originally due on August 22, 2018. Neither the brief nor a motion for extension of time were timely filed. On August 29, 2018, the clerk of this court sent a letter to appellant's attorney, Ms. Suzanne Kramer, directing her to file, within ten days, a written response explaining her failure to timely file a brief in this appeal. To date, appellant's attorney has failed to file the required response.

**We, therefore, ORDER Ms. Kramer to file appellant's brief on or before October 4, 2018. If appellant's brief is not filed by that date, this appeal will be abated to the trial court for an abandonment hearing.** *See* **TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against Ms. Kramer.** *See* ***id.*** **38.8(b)(4).**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2018.



Keith E. Hottle
Clerk of Court